United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                           Case No. 2:24-cr-76

Alex Bogomolny
a/k/a Aleksandr Bogomolny

COURTROOM MINUTES
Change of Plea Hearing

| U.S. District Chief Judge Algenon L. Marbley | Date:   November 22, 2024 | |
|---|---|---|
| **Deputy Clerk:** | **Diane Stash** | **Counsel for Government:** | **Peter Glenn-Applegate** |
| **Court Reporter:** | **Shawna Evans** | **Counsel for Defendant:** | **Adam Karl** |
| **Interpreter:** | **Inna Owens** | **Pretrial/Probation:** | |

Defendant changed his plea to guilty as to Counts 1 and 7 of the Indictment.

PSI report ordered.

Defendant to remain in custody pending sentencing.